# TOWN OF EAST HAMPTON AIRPORT

### MEMO TO ALL USERS

### Airport Operating Procedures

The East End of Long Island is an extremely noise sensitive area. The following procedures are designed to enhance safety and noise mitigation:

1. Maintain pattern altitudes or higher until maneuvering for landing
   a. Piston and Turboprop—1000 feet AGL
   b. Turbojet—1500 feet AGL
2. Fixed wing aircraft use Runway 28 for arrivals and departures whenever possible or as directed by ATC.
3. Ramp:
   a. Operating aircraft engines/rotors on the Ramp longer than 10 min. is considered excessive.  Please limit run time for noise abatement and environmental considerations.  Max APU run time—30 minutes.  Helicopters controls shall not be left unattended with engines/rotors operating.
   b. Helicopter rotors must maintain 100 feet spacing from Terminal Building.
   c. Helicopters shall not taxi diagonally across the ramp—use taxi lanes and taxiways.
   d. Helicopters may only land and takeoff from designated areas or as directed by ATC:
      i. Intersection of D/E taxiway.
      ii. Intersection of Runway 16 and Taxiway F.
      iii. Any active runway.
      iv. Takeoffs and landings on the Ramp/Apron area are prohibited.
4. Nighttime Curfew:  10pm to 7am. No ramp services available during those hours.
5. Special VFR clearances will not be provided during Class D operations.
6. Refer to Town website, www.EHamptonNY.gov/311/Airport or call my office for more details on these procedures and other information applicable to HTO.

Adherence to strict noise abatement procedures and routes will demonstrate to the community that you are willing to be a good neighbor when utilizing our airport.  If the community observes that you are as concerned about noise as they are, it will help to keep the airport operational for years to come.  As always, my office is available for questions, comments or suggestions for improving noise abatement and other operational procedures—(631) 537-1130 x 7501.  Your cooperation is greatly appreciated.

James L. Brundige                                          Rev. 5
Airport Director                                          3/17/2021