# Airport Information

**Location:**      173 Daniels Hole Road, Wainscott, NY

Mailing Address:
Town of East Hampton Airport
159 Pantigo Road
East Hampton, NY 11937

**Phone:**           (631) 537-1130
   *Airport Director:      x7501
   *Admin/Accounting:   x7502
   *Operations Officer    x7505

**Radio Frequencies:**

| | |
|---|---|
| Tower Frequency: | 125.225 |
| Ground Control Frequency: | 122.9 |
| CTAF Frequency (when Tower is closed): | 125.225 |
| AWOS Frequency: | 118.075 |
| Clearance Del (when Tower is closed): | 118.95 or call NY App (516) 683-2449 |

**Runways:**
Rwy 10-28: 4250 x 100 Asphalt Grooved.  PCN: 26 F/B/W/T
Single Wheel Limit: 78,000lb.  Dual Wheel Limit:  120,000 lbs.
Rwy 16-34: 2060 x 75 Asphalt

**Tower Operations:**   8:00am to 8:00pm daily
Open—May, 2021 (by NOTAM).
Close—September 12, 2021

**Curfew:**   All Aircraft--------Nighttime Curfew:  10:00pm to 7:00am.  No FBO services available during those hours.

**Special VFR:**  Special VFR clearances will not be provided at HTO during Class D operations.

**For additional airport information, including Noise Abatement Procedures:**
www.ehamptonny.gov/311/Airport

Rev. 2
4/27/2021