

# TOWN OF EAST HAMPTON AIRPORT
# 159 PANTIGO ROAD
# EAST HAMPTON, NY 11937

April, 29, 2021

To: All Helicopter Operators at HTO
Subject: Helicopter Noise Abatement Routes and Airport Operations Memos
From: Airport Director

### Helicopter Arrival and Departure Routes

The 2021 Helicopter Arrival and Departure Routes are attached. There are very few changes from the 2020 Routes:

1. Some arrival and departure altitudes have been revised to make it easier for pilots to achieve published altitudes.

2. We have instructed the Control Tower that the November Departure Route that was eliminated in mid-season last year will remain unavailable.

3. We have added a Sierra Arrival from S1 inbound when traffic permits. The Sierra Arrival must be requested abeam Shinnecock Inlet when arriving from the west. If the ATCT does not approve the route, the November Arrival will be flown. Flying the Sierra Arrival may at times require an overflight of the airport at 2000 feet for a letdown, right or left downwind and landing. Follow ATCT instructions.

### HTO Operations Procedures

East Hampton Airport management has recently made some significant changes to our Operations Procedures and Airport Information document. Please carefully review these documents. Of particular note:

1. HTO voluntary curfew hours are amended. The new voluntary curfew is 10pm to 7am. No FBO services will be available during those hours.

2. Special VFR clearances will not be provided at HTO during Class D operations.

Additional information regarding operations at HTO can be found on the airport website:
www.ehamptonny.gov/311/Airport

James L. Brundige
Airport Director

# TOWN OF EAST HAMPTON AIRPORT

# Helicopter Arrival and Departure Routes 2021

**Overview**

The East Hampton Airport Helicopter Arrival and Departure Routes are presented below. They are intended for use during VMC. The Echo Route is available for arrivals and departures connecting to the North Shore Helicopter Route. The November Route is available only for arrivals from the South Shore Helicopter Route. The Sierra Route is available for pilots requesting departures to the South Shore Helicopter Route. The Sierra Route is also available for arrivals from the South Shore Helicopter Route, traffic permitting. Contact Tower approaching Shinnecock Inlet for approval to fly to S1 and the Sierra Arrival.



## Echo

### Departures:
Depart heading northwest to E1 at BROC.  Turn right to E2.  Cross E2 at 2500 feet. Proceed to E3.  Cross E3 at 2500 feet. Join the North Shore Helicopter Route at E4.  The Echo Route waypoints **MUST** be flown precisely for noise abatement.

### Arrivals:
Proceed eastbound on the North Shore Helicopter Route to E4. Cross E4 at 3500 feet. Proceed to E3, E2 and E1 as depicted.  Remain at 3500 ft. as close in as possible for noise abatement. The Echo Route waypoints **MUST** be flown precisely for noise abatement.



E1 [40*58'26" N / 072*16'06" W]
E2 [41*02'32" N / 072*15'28" W]
E3 [41*09'42" N / 072*12'03" W]
E4 [41*11'26" N / 072*12'52" W]

## November

### Arrivals:

Transition off the South Shore Helicopter Route at Shinnecock Inlet and proceed to PECONIC and N1, the south tip of Robins Island. Cross N1 at 3500 feet. Then as depicted to N2 and N3. Maintain 3500 ft. as close in as possible for noise abatement.



Shinnecock Inlet [40*49'35" N/ 72*28'22" W]
Peconic [40*53'51" N / 72*29'30" W]
N1 [40*57'19" N / 072*27'04" W]
N2 [40*58'23" N / 072*20'25" W]
N3 [40*58'16" N / 072*17'32" W]

## Sierra

**Departures:**
When traffic permits, perform a climbing turn north of the airport to gain altitude before proceeding south to S1.  Proceed over Georgica Pond to S1 at 2500 feet.  Proceed on course.

**Arrivals:**
Contact Tower approaching Shinnecock Inlet to request a Sierra Arrival.  <u>If Tower does not respond or cannot approve the Sierra Arrival, fly the November Arrival.</u>   If Tower approves the Sierra Arrival, proceed to cross S1 at 2000 feet. Proceed to landing per ATC instructions.



S1: [40*54'56"N / 72*13'17" W]

**PLEASE NOTE:**

**Echo Arrivals contact ATCT at E3 or "Plum Gut".**

**November Arrivals contact ATCT at N1 or "Robins Island".**

**Sierra Arrivals contact ATCT approaching Shinnecock Inlet for approval to proceed.**

**Pathways depicted on the map are for illustration only and may not conform precisely to coordinates.  Published coordinates are controlling.  If weather conditions prevent published altitudes from being flown, remain in VMC and adjust as necessary.**

**ATCT will advise pilots of traffic conflicts on each of the helicopter routes and will retain the option of issuing arrival and departure instructions as traffic permits.**

**These procedures are not intended to preempt the responsibilities of the pilot-in-command from safe aircraft operations.  Recommended procedures are not intended to conflict with instructions from ATC or any applicable Federal Aviation Regulations.**

**East Hampton Airport Curfew: 2200L – 0700L.  No ramp services available during those hours.**

**Special VFR clearances will not be provided during Class D operations.**

Rev. 13   4/27/2021