**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
ZIP AVIATION LLC,  :  CIVIL ACTION NO.
  :  2:21-CV-04111-GRB-ST
        Plaintiff,  :
  :
   -against-  :  NOTICE OF MOTION TO ADMIT
  :  COUNSEL PRO HAC VICE
ROBINSON AVIATION (RVA), INC. and  :
THE TOWN OF EAST HAMPTON,  :
  :
        Defendant.  :
  :
  X
----------------------------------------------------------

TO:    DAVIS+GILBERT LLP
        Joshua H. Epstein
        David S. Greenberg
        1675 Broadway
        New York, New York 10019
        (212) 468-4800
        jepstein@dglaw.com
        dgreenberg@dglaw.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, William V. O'Connor will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Cooley LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for The Town of East Hampton. There are no pending disciplinary proceedings against me in any state or federal court.

          Respectfully submitted,

Dated: July 27, 2021

*/s/ William V. O'Connor*
William V. O'Connor (CA SBN 216650)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
woconnor@cooley.com
+1 858 550-6000

*Attorneys for The Town of East Hampton*