UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ZIP AVIATION LLC,                              :     CIVIL ACTION NO.
                                               :     2:21-CV-04111-GRB-ST
         Plaintiff,                      :
                                               :
  -against-                                   :     **AFFIDAVIT IN SUPPORT OF MOTION**
                                               :     **TO ADMIT COUNSEL PRO HAC VICE**
ROBINSON AVIATION (RVA), INC. and              :
THE TOWN OF EAST HAMPTON,                      :
                                               :
         Defendant.                      :
                                               :
                                               X
-------------------------------------------------------

I, William V. O'Connor, being duly sworn, hereby depose and say as follows:

1. I am an Attorney with the law firm Cooley LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* inthe above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number: California Bar No. 216650.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 2:21-CV-04111-GRB-ST for The Town of East Hampton.

253655960 v1

Dated:  July 27, 2021

By: *[signature]*

William V. O'Connor (CA SBN 216650)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
woconnor@cooley.com
+1 858 550-6000

*Attorneys for The Town of East Hampton*

State of Colorado, County of Boulder
The foregoing instrument was acknowledged before me this 27th day of July, 2021. By William V. O'Connor.

*[signature]*

Nichole L. Matteo, Notary Public
My Commission Expires: 9/5/2024

NICHOLE L. MATTEO
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20084027141
MY COMMISSION EXPIRES SEP 5, 2024

253655960 v1