UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIP AVIATION, LLC,<br><br>    Plaintiff,<br><br>    -v-<br><br>ROBINSON AVIATION (RVA), INC., and TOWN OF EAST HAMPTON,<br><br>    Defendants. | Civil Action No.: 2:21-CV-04111-GRB<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the undersigned, Nicholas E. Pantelopoulos, Esq., of KMA ZUCKERT LLC, on behalf of *amici curiae* the National Business Aviation Association, Inc. ("NBAA"), the Eastern Regional Helicopter Council ("ERHC"), and Helicopter Association International, Inc. ("HAI") (collectively, "the Associations") will move before the Honorable Gary R. Brown, U.S.D.J. of the United States District Court, Eastern District of New York, for an Order authorizing them to appear as *amici curiae* in this proceeding, and upon the granting of such motion respectfully requests that the Court consider the Memorandum of Points and Authorities (the "Brief") and Exhibits annexed thereto, filed simultaneously herein in support of the July 22, 2021 motion of Plaintiff Zip Aviation, LLC ("Zip") which requests a preliminary injunction against defendants, scheduled for a hearing by the Court on July 30, 2021 at 3:00 PM.

Dated: New York, New York
       July 28, 2021

KMA Zuckert LLC

/s/ Nicholas E. Pantelopoulos
Nicholas E. Pantelopoulos, Esq. (NP-4969)
1350 Broadway, Suite 2410
New York, New York 10018
Tel. (212) 922-0450
nep@kmazuckert.com

-and-

Jolyon ("Jol") A. Silversmith, Esq.
Barbara M. Marrin, Esq.
888 17th Street, N.W., Suite 700
Washington, D.C. 20006
Tel. (202) 298-8660
jsilversmith@kmazuckert.com
bmarrin@kmazuckert.com


**Counsel for *Amici Curiae* the National Business Aviation Association, Inc., the Eastern Region Helicopter Council, Inc., and Helicopter Association International, Inc.**