Exhibit 2



# TOWN OF EAST HAMPTON AIRPORT
## 159 PANTIGO ROAD
## EAST HAMPTON, NY 11937

July 1, 2021

Marie T. Kennington-Gardiner
Acting Regional Administrator
U.S. Department of Transportation
Federal Aviation Administration
1 Aviation Plaza
Jamaica, NY 11434

Re: Request for Additional Information re East Hampton Airport (HTO) Operating Procedures Memo dated March 17, 2021

Dear Ms. Kennington-Gardiner:

I received your June 30, 2021 letter. The East Hampton Airport (HTO) has determined that Special VFR clearances are not appropriate at HTO under any circumstances during Class D operations. I will be reviewing your letter with the East Hampton Town Board and our aviation counsel. Please be advised there will be no changes to the HTO Airport Operating Procedures at this time.

Sincerely,

James L. Brundige
Airport Director

cc: Peter Von Scoyoc, Supervisor, Town of East Hampton
William V. O'Connor, Cooley, LLP