Exhibit 3

**From:** jimbrundige@gmail.com <jimbrundige@gmail.com>
**Sent:** Thursday, July 15, 2021 8:14 AM
**To:** 'Duncan Riefler' <duncan@driefler.com>; 'Russell Munson' <russell.munson@gmail.com>
**Cc:** 'Kent Feuerring' <n8zw@me.com>; 'Joseph (Joe) De Bellis' <josephdebellis@gmail.com>; 'Robert 'Okey' O'Kunewicz' <rokunewicz@aol.com>; 'Randall 'Randy' Ehrlich' <RETRIDOC@aol.com>; 'Walter "George" Drago' <ThCountOV1@aol.com>; 'Jeff Resnick' <jeff@senrestaurant.com>; 'Elliott Meisel' <emeisel@msn.com>; 'Harold Levy' <hjlevy2@optonline.net>; 'Dean Foster' <tspud@optonline.net>; 'Greg Gordon' <personalizedpoolsinc@gmail.com>; 'Henry Kozen' <hkozen44@yahoo.com>; 'Jonathan Sabin' <Jonathansabin@gmail.com>; 'Mike Gaines' <msgcwn@gmail.com>; 'Matt Norklun' <sqwk7600@gmail.com>; 'Matthew Helmsteadt' <matthew@helmsteadt.com>; 'Taylor Smith' <Rhts747@aol.com>; 'Larry Otto' <larryo2@optonline.net>; 'Kathryn Slye Allen' <kslye1@gmail.com>; 'Lou Cusimano' <louc99@msn.com>; 'Cindy Herbst' <cindy@soundaircraft.com>; 'Irving Paler' <flyhigh77@optonline.net>; 'Jack Fink' <jackfink@optonline.net>; 'Pam Blackman' <princessaire@aol.com>; 'Michael Norbeck' <michaelnorbeck@gmail.com>; 'Henk Houtenbos' <henkhout@mac.com>; 'Evan Catarelli' <evan@soundaircraft.com>; 'Gary Krupnick' <gpk33fly@aol.com>; 'Rudy Ratsep' <rcrat@aol.com>; 'Gene Oshrin' <genel3c@verizon.net>; 'Bruno Schreck' <skybruno@earthlink.net>; 'John Dunning' <johndunning77@yahoo.com>; 'Miles Nadal' <mnadal@peeragecapital.com>; 'Ed Bulgin' <ed@bulgininc.com>; 'Matt Brennan' <boatdoctor@optonline.net>; 'Jack Nolan' <jackn12002@yahoo.com>; 'Michael Siegal' <siegel1031@gmail.com>; 'Chris Growney' <cjgrowney@gmail.com>; 'Luc Joly' <jolyt28@optonline.net>; 'Ben Dubrow' <ben.dubrow@gmail.com>; 'Ed Kenney' <edkenny@mac.com>; 'Greg Bradford' <greg.bradford@jetblue.com>; 'Riley Sullivan' <rsullivan.mbc@gmail.com>; 'Eric Lemonides' <eric@almond.nyc>; 'Jim Pugh' <ctrain100@aol.com>; 'Billy Meyer' <fishofgads@aol.com>; 'Bernard Karwick' <karwick@serverbravo.com>; 'Jim Mindling' <mindling@gmail.com>; 'Rubin Cohen' <rcohen@parkavenuefaces.com>; 'Ken Lee' <kenlee.bh@gmail.com>; 'Ryan Pilla' <ryanpilla@yahoo.com>; 'Eli Zabar' <ezdsf@earthlink.net>; 'Peter Boody' <pbboody@optonline.net>; 'Jeff Tarr' <jeff@tarr.com>; 'Bob Jenson' <n6608j@me.com>; 'Joe Labrozzi' <jwlflyer@aol.com>; 'Paul Scheerer' <RENNER.20@hotmail.com>; 'Tom Gessler' <tomgessler@me.com>; 'John Shea' <jshea@suffolklaw.com>; 'Peter Brown' <mrpdbrown@aol.com>; 'Fred Stelle' <fs@stelleco.com>; 'Eric Jungck' <ejungck@yahoo.com>; 'Mark Roeloffs' <mark_roeloffs@yahoo.com>; 'Bill Dunn' <bill.dunn@aopa.org>; 'Linda Bowling' <linhampton@aol.com>; 'Bill Bowling' <billbowling1944@yahoo.com>; 'Jonathan Glynn' <Jonathanglynn1@gmail.com>; 'Michael Untermeyer' <cirrusphoenix1@gmail.com>; 'George Dempsey' <george@netphysician.net>; 'Brian La Belle' <brian@montaukrumrunners.com>; 'Nathan Bexrud' <nbexrud@artemisfunds.ca>; 'Patti Weeks' <pweeks@stribling.com>; 'David Stinchi' <d.stinchi@gmail.com>; 'Brian Lisoski' <Brian.Lisoski@palservices.org>; 'Alex Gertsen' <agertsen@nbaa.org>; 'Justin Ricks' <rjtaviation@gmail.com>; 'Robert Kittine' <Robert.Kittine@corcoran.com>; 'Steve Haweeli' <steve@wordhampton.com>; 'Steve Tuma' <Stevetuma@gmail.com>; 'Steven Dunaif' <sdunaif@towerbrokerage.com>; 'David Reinbach' <davidreinbach@gmail.com>; 'John McGinn' <Jpm2080@gmail.com>; 'Hook Lavinio' <hookla@optonline.net>; 'Jeff White' <jefferywhite9@optimum.net>; 'Jack Napoli' <jacknapoli12@gmail.com>; 'John Mega' <jmega11963@aol.com>; 'Gerard Boleis' <gebe@optonline.net>; 'Dave Wisner' <djwisner@live.com>; 'Gill Horowitz' <gill@familyhorowitz.com>; 'Brittany Davies' <bdavies@nbaa.org>; 'Christian Martin' <iggi@optonline.net>; 'Rob Lindsey' <rob.lindsay1@gmail.com>; 'Tom Hexner' <tomhexner@gmail.com>; 'Phil Abrams' <philphil_99@yahoo.com>; 'Gianpaolo De Felice' <gianpdef@gmail.com>; 'Bruce Berkowitz' <bruce@fairholme.net>; 'Gary Herman' <garyherm@gmail.com>; 'Richard Rofé' <Richard@arcadiacap.com>; 'Jill Scheerer' <jillscheerer@verizon.net>; 'Maynard Hellman' <mhellman@mhellmanlaw.com>; 'Charles Fernandez'

Exhibit 3

<charlesmfernandez@me.com>; 'Dave Corwith' <dave@corwith.com>; 'Frank Sorrentino III' <fsorrentinoiii@gmail.com>; 'Dave Pederson' <dlpedersen@optonline.net>; 'Nancy Keeshan' <njkeeshan@gmail.com>; 'Ed Mulderrig' <EdMulderrig@gmail.com>
**Subject:** RE: Corrected..Re: The FAA Tells Town It May Not Prohibit 'Special VFR' Landings

To be clear, our motivation for the Special VFR restriction is based solely on safety. We have determined that Special VFR clearances are not appropriate at HTO under any circumstances during Class D operations.

*James L. Brundige*
*Airport Director*
*Town of East Hampton Airport*
*(631) 537-1130 x 5 office*
*(516) 816-2064 mobile*