**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZIP AVIATION, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>ROBINSON AVIATION (RVA), INC. and TOWN OF EAST HAMPTON,<br><br>              Defendants. | Case No. 2:21-cv-04111-GRB-ST |

**DEFENDANT ROBINSON AVIATION (RVA), INC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Robinson Aviation (RVA), Inc. ("RVA") certifies that RVA is wholly owned by RVA Intermediate Holdco, Inc., a Delaware Corporation, which is a wholly-owned subsidiary of RVA Holdco, LLC, a Delaware LLC. The undersigned counsel further certifies that no publicly traded corporation owns ten percent or more of RVA's stock.

Dated:  July 28, 2021
             New York, New York

                                                      Respectfully Submitted,

                                    By: */s/ David M. Zensky*_____
                                              David M. Zensky
                                              dzensky@akingump.com
                                              Richard A. Cochrane
                                              rcochrane@akingump.com

                                              AKIN GUMP STRAUSS HAUER & FELD, LLP
                                              One Bryant Park
                                              New York, New York 10036-6745
                                              Tel: 212.872.1000
                                              Fax: 212.872.1002

                                              *Counsel for Defendant Robinson Aviation (RVA), Inc.*