# EXHIBIT 3

1

New York TRACON and East Hampton Tower

## LETTER OF AGREEMENT

Effective: May 10, 2018

SUBJECT: Interfacility Coordination Procedures & Responsibilities

**1. PURPOSE:** This agreement defines air traffic control procedures and coordination responsibilities between New York TRACON (TRACON) and East Hampton Tower (TOWER).

**2. CANCELLATION:** New York TRACON/East Hampton Tower Letter of Agreement dated May 11, 2017.

**3. DELEGATION OF AUTHORITY AND AIRSPACE:** TRACON delegates the airspace in a 4.2 NM radius of East Hampton Airport (HTO), up to and including 2,000' MSL between May 10, 2018 and September 9, 2018 inclusive, from 0800 LCL to 2000 LCL. The attached Checklist (Appendix 1) must be completed by the TOWER Air Traffic Manager prior to Delegation of Authority and Airspace in 2018.

**4. RESPONSIBILITIES:** Authorization and responsibility for control of Special VFR operations at and below 1,500' MSL within TOWER assigned airspace is delegated to the TOWER, after approval from TRACON.

**5. PROCEDURES:**

  a. Arrivals:

  (1) TRACON must:

   (a) Forward the following to the TOWER no later than ten minutes prior to an arrival's estimate at the airport or as soon as able:

    i. Aircraft identification.

    ii. Aircraft type.

   (b) Coordinate:

    i. Approach, if other than the primary approach in use.

    ii. Runway, if other than the designated runway in use.

    iii. Direction from which aircraft will enter the surface area if on a visual or contact approach.

(c) Advise TOWER of the primary approach in use.

(d) Transfer communications to TOWER prior to the final approach fix, and prior to entering the surface area.

(2) TOWER must:

(a) Advise TRACON of the active runway in use.

(b) Forward the hourly weather observation and advise of visibility, ceiling, wind and altimeter changes not shown in current weather observations.

(c) Advise TRACON of any significant weather or airport conditions that may affect the movement of air traffic.

(d) Advise of any ATC instructions that might affect the traffic under TRACON's control.

(e) Forward all IFR cancellations, missed approach information and arrival times.

(f) Advise when visual approaches are not practicable.

(g) Be authorized to clear IFR arrivals for a visual approach in accordance with FAAO 7110.65, paragraph 7-4-3, and must advise TRACON whenever this option is exercised.

b. Departures:

(1) The TOWER must:

(a) Obtain IFR Clearances from TRACON flight data position. Issue IFR Tower En-Route clearances in accordance with the attached list.

(b) Obtain a verbal release from TRACON (ISP Coordinator Position) on all IFR/ SVFR Departures, and specify the departing runway.

(c) Advise TRACON of assumed departure time if actual time is more than 3 minutes from issuance of release, and cancel the release if more than 5 minute's elapses from issued time to release.

(d) Assign 2,000 feet and direct to the HTO VOR to all IFR departures unless otherwise coordinated.

c. Overflights: The TOWER must instruct all aircraft requesting to transit assigned airspace above 2,000' up to and including 2,500' to contact TRACON for traffic advisories.

d. Practice Instrument Approaches:

(1) TRACON must advise the TOWER how the approach will terminate (i.e.: full top landing, touch and go, missed approach instructions, etc.).

(2) TOWER must advise whenever they cannot approve practice approaches.

## 6. WAKE TURBULENCE RECATEGORIZATION (RECAT) SEPARATION:

a. Successive Departure Separation:

(1) When successive departures are released by TRACON and the lead aircraft of any departure pair is in the large/B757 weight category, provide a minimum of 2-minutes non-radar separation to the succeeding aircraft regardless of weight category or route of flight. Visual separation is not authorized.

(2) When successive departures are released by TRACON and the lead aircraft of any departure pair is in Heavy Weight category, provide a minimum of 3-minutes non-radar separation to the succeeding aircraft regardless of weight category or route of flight. Visual separation is not authorized.

b. Successive Arrival Separation: N90 will provide RECAT Separation to successive arrivals.

## 7. OPPOSITE DIRECTION OPERATIONS:

a. Scope: These procedures apply to same runway ODO at HTO between an:

(1) Arrival and a departure.

(2) Arrival and an arrival.

b. DEFINITION: Opposite Direction Operations (ODO): IFR/VFR Operations conducted to the same or parallel runway where an aircraft is operating in a reciprocal direction of another aircraft arriving, departing, or conducting an approach.

c. GENERAL:

(1) The provisions of FAA Order JO 7110.65 Paragraph 7-2-1, Visual Separation, cannot be applied when conducting opposite direction operations.

(2) When conducting an opposite direction circling maneuver, the aircraft is no longer considered an opposite direction operation when the provisions of FAA Order JO 7110.65, Para. 5-5-7, Passing or Diverging, can be applied.

d. Responsibilities:

(1) TRACON Sequencer/Coordinator Position and TOWER Local Control Position share the responsibilities to coordinate opposite direction operations.

(2) TRACON Sequencer/Coordinator Position is responsible to apply the cutoff point(s) between arriving and departing aircraft in accordance with paragraph 7.e.(3)(a).

(3) TRACON Sequencer/Coordinator Position is responsible to apply the cutoff point(s) between successive ODO arrivals in accordance with paragraph 7.e.(3)(b).

(4) If an arrival crosses the cutoff point too soon TRACON must issue instructions to discontinue the approach and issue a turn away from the departure.

e. PROCEDURES FOR AIRCRAFT RECEIVING IFR SERVICES:

(1) General:

(a) ODO procedures are applicable when two aircraft will execute approaches to opposite ends of the same runway, or an aircraft will depart prior to an arrival on an opposite direction approach to the same runway.

(b) Traffic advisories must be issued to both the arriving and departing aircraft.

EXAMPLE: OPPOSITE DIRECTION TRAFFIC (distance) MILE FINAL, (type aircraft).OPPOSITE DIRECTION TRAFFIC DEPARTING RUNWAY (number), (type aircraft).

(2) Coordination:

    (a) TOWER Local Control and TRACON FLM/CIC are responsible for initiating coordination required to accomplish an opposite direction arrival or departure.

    (b) TOWER Local Control must verbally request opposite direction departures with TRACON.

    (c) TRACON must verbally request opposite direction arrivals with TOWER Local Control.

    (d) Initial coordination must be on a recorded line and must state "Opposite Direction" and include call sign, type, and arrival or departure runway.

    (e) All subsequent coordination must be on a recorded line and must state "Opposite Direction".

(3) Cutoff Procedures: For aircraft receiving IFR services and conducting opposite direction same runway operations:

    (a) A departing aircraft, including an aircraft performing a touch-and-go or stop-and-go, must be airborne and issued a turn to avoid conflict prior to an aircraft reaching a point 15 flying miles from the threshold of the runway of intended landing regardless of aircraft type.

    (b) An arriving aircraft must cross the runway threshold prior to an aircraft reaching a point 15 flying miles from the threshold of the runway of intended landing, regardless of aircraft type.

## 8. OPENING AND CLOSING PROCEDURES:

a. When the tower closes each evening, TOWER must coordinate any pertinent information regarding the airport that may affect the operation.

b. When the tower opens in the morning, N90 must coordinate any pertinent information regarding the operation.

## 9. FREQUENCY AND LANDLINE USE:

a. In the event of a frequency or land-line outage in excess of 15 minutes, as determined by the N90 Operations Manager in Charge, control of the airspace will revert back to N90. Pilots will be instructed to cancel IFR with N90 on 118.95 or approach control frequency. N90 will transfer them to TOWER for surface movement advisories.

    (1) Frequencies:

        (a) N90:       125.975/343.65 or 118.95 when BEADS HI and LOW are both open.

        (b) TOWER:   125.225

    (2) Landline:   378, I.A. 378


Jeffrey Szczygielski  
Acting Air Traffic Manager  
New York TRACON

Bruce Miller  
Air Traffic Manager  
East Hampton Tower

## Appendix 1

## NY TRACON / East Hampton Seasonal Tower Checklist
## Background / Year 2018

### COMPANY INFORMATION

| | |
|---|---|
| Airport Director: | James Brundige |
| Address: | East Hampton Executive Airport<br>200 Daniels Hole Road<br>East Hampton, New York 11937 |
| Email : | jbrundige@ehamptonny.gov |
| Telephone number: | 631-537-1130 ext.5; 516-816-2064 |
| Fax number: | 631-537-0533 |
| Presumed start date: | 05/10/18 |
| Presumed close date: | 09/9/18 |
| Air Traffic Manager: | Bruce A. Miller |
| Phone Number: | 631-604-5775, 5776, 5777 fax; 401-649-2382 © |
| Email: | bamemiller@gmail.com |

### CHECKLIST

- ☐ Contact Airport Manager — 90 days prior
  Verify:
     Start Date; 10 May 2018
     End Date; 9 September 2018
     Hours of Operation; 1200z – 0000z daily

- ☐ Contact ISP OM to schedule meeting with ISP NATCA Rep — 90 days prior
     Review/Amend LOA
- ☐ Forward proposed LOA to ATC Contractor for signature — 60 days prior
- ☐ Issue MBI to ISP Area — 30 days prior
- ☐ N90 Tech Ops validates TRACON equipment — 30 days prior
- ☐ HTO validates Tower equipment — 30 days prior
- ☐ Test 378 landline — 7 days prior
- ☐
- ☐