# EXHIBIT 4

# 2018 LETTER OF AGREEMENT (LOA)
## Original

East Hampton Airport

EFFECTIVE: May 10, 2018

**SUBJECT:** VISUAL FLIGHT RULES (VFR)/SPECIAL VFR (SVFR) HELICOPTER OPERATIONS TO/FROM EAST HAMPTON AIRPORT

1) **PURPOSE:** This agreement establishes procedures, conditions, and responsibilities governing the operation and control of VFR/SVFR helicopter operations to/from East Hampton Airport (KHTO).

2) **SCOPE:** The routes and procedures herein are designed to provide the required separation minima between fixed wing Instrument Flight Rules (IFR) aircraft and helicopters operating simultaneously in the East Hampton Airport (KHTO) Class D airspace.

3) **GENERAL.** Nothing in this Letter of Agreement (LOA) shall be construed to relieve aircraft from complying with applicable federal, state, or airport regulations. Each party retains the right to cancel this letter of agreement upon written notice.

4) **PROCEDURES:**

    a. GENERAL.

        i. The signatory operators are required to have the capability of establishing and maintaining two way radio communications with Air Traffic Control (ATC) while on the ground.

        ii. Pilots shall obtain the Aviation Weather Observing System (AWOS) broadcast on 118.075 or (631) 537-2537, in order to determine weather conditions and airport traffic flow, prior to requesting ATC clearance to enter/depart the East Hampton Airport Class D airspace.

        iii. Pilots shall obtain ATC clearance prior to entering/departing the East Hampton Airport Class D airspace via specified routes according to runway configuration and traffic flow. Deviation from assigned routing is not authorized without approval from ATC.

        iv. Separation from IFR traffic is predicated upon strict adherence to routes and reporting points. The procedures contained in this agreement are mandatory. Any deviation requires prior ATC approval.

        v. Training flights are not authorized.

        vi. Multiple aircraft that can maintain visual separation with each other may operate SVFR with ATC clearance if they are arriving or departing KHTO from designated checkpoints and are traveling in the same direction. No clearance will be given for multiple aircraft that are on converging courses.

b.  VFR.

   i.  HTO shall issue clearances, via routes described in Appendix 3, The East Hampton 2018 Noise Abatement Letter, based on direction of traffic flow at the airport. A clearance limit may be airport or a specific location to enter/exit the East Hampton Class D airspace.

   ii.  Clearances to enter or exit the Class D airspace shall be issued via entry/exit points along with specified routing to be flown at or below an altitude.

   iii.  All signatories will strictly adhere to the Noise Abatement routes outlined in Appendix 3.

   iv.  Tower operations for 2018 are May 10 through September 9. The frequency is 125.225 and the hours of operations are 8am to 8pm.

c.  SVFR.

   i.  Pilots shall adhere to those procedures set forth in paragraph 4a and 4b.

   ii.  Pilots shall identify that they are signatory to this letter by requesting a "Plum" clearance.

   iii.  Helicopter operators that intend to operate in accordance with this LOA, during Instrument Meteorological Conditions (IMC), are required to be signatory to this letter.

   **iv.  SVFR helicopters shall maintain visual separation in reference to the surface, airport traffic patterns, routes, reporting points, in order to achieve separation with other SVFR helicopters and IFR fixed wing aircraft IAW JO 711.65 Chapter 7, section 5-3c.**

   v.  Reduced SVFR helicopter separation shall be afforded to those signatory to this letter.

   vi.  A SVFR illustration can be found on Appendix 1 and 2.

5) **RESPONSIBILITIES:**

   a.  The PECON and MECOX routes, defined in Attachment 1, do not provide obstacle clearance protection. Pilots are responsible for seeing and avoiding terrain and obstacles.

   b.  The signatory operators of this agreement are responsible for ensuring that all pilots under their jurisdiction are thoroughly familiar with the entire content of this LOA.

   c.  Signatory operators shall revalidate their need to continue operations under this agreement annually.

   d.  The signatory operators of this agreement should be conscious of noise abatement techniques while operating SVFR.

e.   Wake turbulence considerations will be the responsibility of the flight crews when operating within the Class D airspace. The undersigned individual is the Chief Pilot/Director or Operations of the organization and/or company, and he/she agrees to and will abide by all pilot responsibilities set forth in the Letter of LOA.

f.   Signatories of this LOA understand that deviation from any part of this LOA without reason could result in the loss of privileges during inclement weather.

# LOA SIGNATURE PAGE

The undersigned individual is the Chief Pilot/Director or Operations of the organization and/or company, and he/she agrees to and will abide by all pilot responsibilities set forth in the Letter of LOA. Please fill out this form and send back to Bruce Miller, the Air Traffic Manager at FAX (631) 296-8390.

Signature: _____          _____

Print: _____

Operator/Company: _____          Bruce Miller

Date: _____          Air Traffic Manager

          East Hampton Airport


| Additional Pilots: | Aircraft Type | Tail Number |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

