# EXHIBIT 5



# TOWN OF EAST HAMPTON AIRPORT
# 173 DANIELS HOLE ROAD
# WAINSCOTT, NY 11975

April 27, 2021

From:  Airport Director

Subject:  Special VFR Clearances

To:  Troy Sica, Plans and Procedures Specialist, FAA

There have been several high profile fatal aircraft accidents in recent years involving aircraft flying in lower than visual meteorological conditions (VMC), including the fatal accident at HTO in June, 2018 that took the life of a prominent East Hampton resident, his wife and grandson.  Additionally, the Town has become aware that many helicopter and seaplane pilots that routinely request Special VFR clearances into HTO are not instrument qualified.  Furthermore, their aircraft are not certified to fly IFR.

Please be advised that, after careful consideration of these and other safety factors, our contract Air Traffic Control Tower has been advised that they are to deny any requests for Special VFR clearances into HTO when Class D operations are in effect.

I will be issuing a memo to all known users of HTO notifying them that Special VFR clearances will not be issued during Class D operations.  The Airport Facilities Directory will be updated with this information at the next printing.

James L. Brundige
Airport Director
Town of East Hampton Airport