# EXHIBIT 6



U.S. Department of Transportation
**Federal Aviation Administration**

Office of the Regional Administrator
Eastern Region

1 Aviation Plaza
Jamaica, NY  11434

May 14, 2021

Mr. James L. Brundige
Airport Director
East Hampton Airport
173 Daniels Hole Road
Wainscott, NY  11975

Dear Mr. Brundige:

I am writing to request additional information regarding the East Hampton Airport (HTO) Operating Procedures Memo dated March 17, 2021.  Specifically, the portion of the memo that includes the following new provision: "Special VFR weather minimums do not apply at East Hampton Airport."  This provision was also mentioned in a press release that appeared on April 30, 2021, in the Southampton Press/East Hampton Press/Sag Harbor Express.  The press release referred to this provision as a "ban" on Special VFR Operations at East Hampton Airport.  The FAA is unclear about East Hampton's rationale for making this change.  Additionally, it has been reported to the FAA that East Hampton may intend to make changes to the helicopter flight operations at HTO, specifically the flows and/or routes in and around the airport.

The FAA is responsible for the overall safety and efficiency of the national airspace system.  The airspace surrounding HTO is a part of that system.  In order to ensure the highest level of safety and service is maintained, please summarize all changes East Hampton intends to put into effect at HTO and the reason for those changes.  Please provide the aforementioned summary and explanation of East Hampton's actions within 10 days of receiving this letter.

Sincerely,

MARIE T KENNINGTON-GARDINER
Digitally signed by MARIE T KENNINGTON-GARDINER
Date: 2021.05.14 08:36:37 -04'00'

Marie Kennington-Gardiner
Acting Regional Administrator