# EXHIBIT 7



# TOWN OF EAST HAMPTON AIRPORT
## 159 PANTIGO ROAD
## EAST HAMPTON, NY 11937

May 24, 2021                                                                                                Via U.S. Mail

Marie T. Kennington-Gardiner
Acting Regional Administrator U.S. Department of Transportation
Federal Aviation Administration
1 Aviation Plaza
Jamaica, NY  11434

Re:   Request for Additional Information re East Hampton Airport (HTO) Operating Procedures Memo dated March 17, 2021

Dear Ms. Kennington-Gardiner:

I write in response May 14, 2021 request for information regarding East Hampton Airport (HTO) helicopter routes and Special VFR.

Please see my attached April 27, 2021 notice to Troy Sica, Plans and Procedures Specialist, New York TRACON regarding our management decision to no longer permit Special VFR clearances at HTO during Class D operations.  Operators were made aware of the change on April 30, 2021.

With respect to helicopter routes, the East Hampton Airport, in collaboration with the Eastern Region Helicopter Council (ERHC) and the East Hampton Air Traffic Control Tower Chief, has published voluntary arrival and departure routes for safety and noise mitigation since at least 2005.  The routes are meant to transition pilots from the FAA published North Shore and South Shore Helicopter Routes to the airport in a way that provides an orderly flow of traffic and impacts the least number of homes.

The routes are adjusted from time to time. The most recent version was published on April 27, 2021. Changes for 2021 include adjustments to the altitudes after I flew the routes with Tom McCormick.  Mr. McCormick is the Chairman of the Eastern Region Helicopter Council.  I also added a Sierra arrival procedure from the South Shore Route when traffic permits. Furthermore, in March and April of this year, we communicated regarding these routes with all known operators at HTO, the East Hampton Aviation Association and ERHC.  We continue to strongly encourage that operators voluntarily comply with the published helicopter routes in order to operate safely and to demonstrate their commitment to "Fly Neighborly" at HTO.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

*James L. Brundige*

James L. Brundige
Airport Director, East Hampton Airport