# EXHIBIT 11



# TOWN OF EAST HAMPTON AIRPORT
## 173 DANIELS HOLE ROAD
## WAINSCOTT, NY 11975

April 26, 2021

To: Mike Feeley, VP Aviation Services, RVA, Inc.

Subject: Special VFR Letters of Agreement

From: James Brundige, Airport Director

Mike,
Further to our previous discussions, this will confirm that RVA is directed to cancel the following Letters of Agreement:

Float Plane LOA dated 24 May 2018
Helicopter LOA dated 7 May 2020

Many Thanks

*[signature]*

James L. Brundige