# EXHIBIT 13



# TOWN OF EAST HAMPTON AIRPORT
## 159 PANTIGO ROAD
## EAST HAMPTON, NY 11937

April, 29, 2021

To:  All Users of East Hampton Airport

Subject:  Airport Operations Memos

From:  Airport Director

East Hampton Airport management has recently made some significant changes to our Operations Memo and Airport Information document.  Of particular note:

1. HTO voluntary curfew hours are amended.  The new voluntary curfew is 10pm to 7am.  No FBO services will be available during those hours.

2. Special VFR clearances will not be provided at HTO during Class D operations.

Additional information regarding operations at HTO can be found on the airport website:

www.ehamptonny.gov/311/Airport


James L. Brundige
Airport Director
Town of East Hampton Airport
(631) 537-1130 x5