# EXHIBIT 15



**NOTICE**  U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

N90 N7100.155
HTO N7100.002

SELF BRIEFING

New York TRACON

Effective Date:
May 10, 2018

Cancellation Date:
September 9, 2018

SUBJ: **Responsibility for Special VFR Operations**

**1. Purpose of this Notice.** Alternate SVFR helicopter minima at East Hampton Airport (HTO) due to helicopter volume/complexity. This will be a 120-day procedural evaluation period.

**2. Audience.** Islip Area (TRACON), Traffic Management Unit, SUPCOM, National Air Traffic Controllers Association (NATCA), Staff officers, N90 training Department, WCG, East Hampton Tower (TOWER), Eastern Service Area.

**3. Where can I Find This Notice?** S:\N90 Procedures\Current Notices\N90_7100.155 SVFR Helicopter Procedures for HTO

**4. Action.** Control personnel will self-brief on this notice.

**5. Procedures:**

　a. Special VFR Operation:

　　(1) TOWER is authorized responsibility for control of Special VFR operations at and below 1,500' MSL within TOWER assigned airspace, as follows:

　　　(a) SVFR Helicopter operations IAW JO 7110.65 Chapter 7 section 5 paragraph 3c.

　　　(b) Special VFR Fixed Wing Aircraft and helicopters who are not a signatory to an LOA, (IAW JO 7110.65 Chapter 7 section 5 paragraph 3c.), after approval from TRACON.

This change may be incorporated into the next revision of the Letter of Agreement.

This change was resolved collaboratively between NATCA and the Agency.

Jeffrey Szczygielski
Acting Air Traffic Manager
New York TRACON

Bruce Miller
Air Traffic Manager
East Hampton Tower

Distribution: Islip Area, TMU, SUPCOM, NATCA, Raytheon, OSG, WCG, ESC, and HTO Tower

Initiated By: SMAP