UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIP AVIATION, LLC,<br><br>  Plaintiff,<br><br>  -v-<br><br>ROBINSON AVIATION (RVA), INC., and<br>TOWN OF EAST HAMPTON,<br><br>  Defendants. | Civil Action No.: 2:21-CV-04111-GRB<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

**PLEASE TAKE NOTICE** that upon the annexed declaration of Jolyon ("Jol") A. Silversmith in support of this motion and the Certificate of Good Standing annexed thereto, I, Nicholas E. Pantelopoulos, a member of the Bar of the Eastern District of New York, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an order allowing the admission of Mr. Silversmith, a member of the firm of KMA Zuckert, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the National Business Aviation Association, Inc., the Eastern Region Helicopter Council, Inc., and Helicopter Association International, Inc. Mr. Silversmith is a member in good standing of the Bars of the District of Columbia, Maryland, and Massachusetts, the United States District Courts for the District of Columbia and the District of Massachusetts, the United States Court of Appeals for the Ninth and District of Columbia Circuits, the United States Court of Federal Claims, and the United States Supreme Court. There are no pending disciplinary proceedings against Mr. Silversmith in any state or federal court.

Respectfully submitted,

/S/ *Nicholas E. Pantelopoulos*

Nicholas E. Pantelopoulos (NP-4969)
1350 Broadway, Suite 2410
New York, New York 10018
(212) 922-0450

*Counsel for the National Business Aviation Association, Inc., the Eastern Region Helicopter Council, Inc., and Helicopter Association International, Inc.*