UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIP AVIATION, LLC,<br><br>  Plaintiff,<br><br>-v-<br><br><br>ROBINSON AVIATION (RVA), INC., and TOWN OF EAST HAMPTON,<br><br>  Defendants. | Civil Action No.: 2:21-CV-04111-GRB<br><br><br>**DECLARATION OF JOLYON ("JOL") A. SILVERSMITH** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an attorney with the law firm of KMA Zuckert LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia. I am also a member and in good standing with the Bars of Maryland, Massachusetts, the United States District Courts for the District of Columbia and the District of Massachusetts, the United States Court of Appeals for the Ninth and District of Columbia Circuits, the United States Court of Federal Claims, and the United States Supreme Court.

4. There are no pending disciplinary proceedings against me in any state or federal courts.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any Court.

1

7. I have read and am familiar with the Local Rules of this Court, and agree to be bound thereby.

8. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in case 2:21-CV-04111-GRB for the National Business Aviation Association, Inc., the Eastern Region Helicopter Council, Inc., and Helicopter Association International, Inc.

9. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on: August 2, 2021

Jolyon ("Jol") A. Silversmith, Esq.
888 17th Street, N.W., Suite 700
Washington, D.C. 20006
jsilversmith@kmazuckert.com
(202) 298-8660