✎ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## EASTERN District of NEW YORK

ZIP AVIATION, LLC,

                    Plaintiff (s),

     V.

ROBINSON AVIATION (RVA), INC., and TOWN OF EAST HAMPTON,

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-CV-04111-GRB

Notice is hereby given that, subject to approval by the court, Robinson Aviation (RVA), Inc. substitutes
(Party (s) Name)

William V. O'Connor (admitted pro hac vice), State Bar No. CA 216550 as counsel of record in
(Name of New Attorney)

place of David M. Zensky and Akin Gump Strauss Hauer & Feld, LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: COOLEY LLP

    Address: 4401 Eastgate Mall, San Diego, California 92121

    Telephone: 858-550-6000      Facsimile 858-550-6420

    E-Mail (Optional): woconnor@cooley.com

I consent to the above substitution.

Date: January 4, 2022

I consent to being substituted.

Date: January 4, 2022

ROBINSON AVIATION (RVA), INC.

/s/Anthony D. Roetzel
(Signature of Party (s))
Anthony D. Roetzel

AKIN GUMP STRAUSS HAUER & FELD, LLP

/s/David M. Zensky
(Signature of Former Attorney (s))
David M. Zensky

COOLEY LLP

I consent to the above substitution.
Date: January 4, 2022

(Signature of New Attorney)
William V. O'Connor

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                                 Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com